# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

**Theodora McCormick**
Member of the Firm
Direct Dial: (973) 643-5390
E-mail: tmccormick@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

October 13, 2011

**VIA ECF**
The Honorable Patty Shwartz
United States Magistrate Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Prometheus Laboratories Inc. v. Roxane Laboratories, Inc.*,
      Civil Action Nos. 11-00230 and 11-01241 (FHS)(PS)

Dear Judge Shwartz:

Together with Goodwin Procter we represent defendant Roxane Laboratories, Inc. ("Roxane") in the above captioned matter. On August 31, 2011, the Court entered an amended pre-trial scheduling Order that includes a deadline of October 15, 2011 for serving supplemental document requests. We write to request a brief extension of that deadline to October 28, 2011. We are seeking this brief adjournment because the parties are still in the process of attempting to resolve numerous discovery disputes and if they are unable to do so will be appearing for an in-person meet and confer before Your Honor on Friday, October 21, 2011. While these disputes remain unresolved it is difficult for the parties to anticipate what additional document requests, if any, may be required. We have conferred with counsel for Prometheus and have been advised that they do not object to this request.

For the foregoing reasons, we kindly request that the October 15, 2011 deadline for serving supplemental document requests set forth in Your Honor's August 31, 2011 amended pre-trial scheduling Order be extended to October 28, 2011. We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

/s/ Theodora McCormick

cc:   all counsel of record
      (via email)