UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PROMETHEUS LABORATORIES INC., | : | |
| Plaintiffs, | : | Civil Action No. 11-230 (FSH) |
| v. | : | |
| ROXANE LABORATORIES, INC., | : | |
| Defendants. | : | |
| PROMETHEUS LABORATORIES INC., | : | |
| Plaintiffs, | : | Civil Action No. 11-1241 (FSH) |
| v. | : | |
| ROXANE LABORATORIES, INC., | : | |
| Defendants. | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of submissions dated February 13, 2012, February 20, 2012, and February 28, 2012 regarding certain privilege challenges;

and the Court having considered the submissions, the record of proceedings, and the governing law;

and for the reasons set forth in the Opinion delivered on the record on March 12, 2012;

and for good cause shown,

IT IS ON THIS 12th day of March, 2012

ORDERED that, with respect to Entries Nos. 5, 6, 13-15, 22, 31, 39, 41, 44-46, 48, 50-

53, 61, 62, 66, 67, 73-78, 82, 84, 90, 91, 96, 97, 101, 103, 104, 107, 110, 116, 118, 124-127, 129, 130, 132, 134-137, 143, 147, 152, 156, 160-164, 167-170, and 174-176, no later than **March 23, 2012**, the plaintiff shall produce the emails that redact with privileged information together with the attachments or provide the Bates No. of the attachment and the entry on the privilege log to which it had been attached; and

    IT IS FURTHER ORDERED that the assertion over the common-interest doctrine as the basis to withhold Entries 7-9, 11, 12, 16, 17, 21, 23, and 27 is overruled and said documents shall be produced no later than **March 19, 2012.**

                                                                 s/Patty Shwartz
                                                                 UNITED STATES MAGISTRATE JUDGE